

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00359-CV

_____

SOMSANOUK SOUIMANIPHANH, Appellant

V.

SENGKEO ANN FERRIS, Appellee

_____

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-360022-24

_____

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

**MEMORANDUM OPINION**

Appellant Somsanouk Souimaniphanh attempts to appeal from the trial court's "Denial of his Motion for Reconsideration and/or Supplemental Motion for Reconsideration [regarding] an Agreed Judgment."

The trial court signed its judgment on May 13, 2025. Because Souimaniphanh did not file any timely postjudgment motions or requests with the trial court, his notice of appeal was due June 12, 2025.[1] *See* Tex. R. App. P. 26.1 (providing that, absent certain postjudgment motions or requests, a "notice of appeal must be filed within 30 days after the judgment is signed"); *see also* Tex. R. Civ. P. 329b (stating that certain postjudgment motions extend trial court's plenary power). Souimaniphanh did not file his notice of appeal until July 22, 2025, making it untimely. *See* Tex. R. App. P. 26.1.

We notified Souimaniphanh by letter of our concern that we lack jurisdiction over this appeal because his notice of appeal was untimely. *See* Tex. R. App. P. 26.1. We warned Souimaniphanh that unless he filed a response by August 1, 2025, showing a reasonable explanation for the late filing of the notice of appeal, we could

---

[1]Souimaniphanh untimely filed a motion for new trial on June 17, 2025, which was likewise due June 12, 2025. Tex. R. Civ. P. 329b(a); Tex. R. App. P. 26.1(a). An untimely motion for new trial—filed more than 30 days after the judgment is signed—is ineffective to extend appellate deadlines. *See Allstate Fire & Cas. Ins. Co. v. Dollard*, 679 S.W.3d 279, 281–91 (Tex. App.—Fort Worth 2023, no pet.) (dismissing appeal due to untimely motion for new trial).

dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 10.5(b), 26.3(b), 42.3(a), 43.2(f). We received no response.

The timely filing of a notice of appeal is jurisdictional in this court, and without a timely filed notice of appeal or extension request, we must dismiss the appeal. *See* Tex. R. App. P. 25.1(b), 26.1, 26.3; *Jones v. City of Houston*, 976 S.W.2d 676, 677 (Tex. 1998); *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

Accordingly, because Souimaniphanh's notice of appeal was untimely, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 26.1, 42.3(a), (c), 43.2(f).

/s/ Brian Walker

Brian Walker
Justice

Delivered: August 14, 2025

3